**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
**rschonfeld@cslawoffice.net**
**Attorney for Defendant, TYLER YOST**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 2:21-CR00137-001** |
| **v.** ) | |
| ) | |
| **TYLER YOST,** ) | |
| ) | |
| **Defendant,** ) | |
| ——————————————— ) | |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT"S**
**CONDITIONS OF RELEASE TO PERMIT VISITATION WITH FAMILY ON**
**THANKSGIVING**

**IT IS HEREBY STIPULATED and AGREED** by and between Supriya Prasad, Assistant United States Attorney, and Richard A. Schonfeld, attorney for Defendant, TYLER YOST, that Defendant Yost's conditions of release may be modified as follows:

1.      That Defendant may visit at his parent's home in Las Vegas, Nevada for the Thanksgiving holiday on November 25, 2021 between 2 pm and 8 pm.

The parties have confirmed with Pretrial Services Officer Jennifer Simone that Defendant has not violated any terms of his pretrial supervision. Officer Jennifer Simone further indicated that she has no objection to this request. All other conditions of release will remain in place, including

1

that Defendant is prohibited from contact with anyone under the age of 18, unless in the presence

of a parent or guardian who is aware of the alleged instant offense.

**DATED** this 16th day of November, 2021.

UNITED STATES ATTORNEY                    **CHESNOFF & SCHONFELD**

___/s/ Supriya Prasad_____          ____/s/ Richard A. Schonfeld____
**SUPRIYA PRASAD, AUSA**                  **RICHARD A. SCHONFELD, ESQ.**
501 Las Vegas Blvd. So., Suite 1100       Nevada Bar No. 6815
Las Vegas, Nevada 89101                   520 South Fourth Street
                                          Las Vegas, Nevada 89101
                                          Attorney for Defendant, TYLER YOST

2

CASE NO. 2:21-CR00137-001

## ORDER

Based upon the forgoing stipulation, and with good cause appearing, **IT IS SO ORDERED**. The **COURT ORDERS**, that Defendant Tyler Yost's conditions of release may be modified as follows:

1.    That Defendant may visit at his parent's home in Las Vegas, Nevada for the Thanksgiving holiday on November 25, 2021 between 2 pm and 8 pm.  All other conditions of release will remain in place, including that Defendant is prohibited from contact with anyone under the age of 18, unless in the presence of a parent or guardian who is aware of the alleged instant offense.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/ Richard A. Schonfeld_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, TYLER YOST

3