1  **RICHARD A. SCHONFELD, ESQ.**
   Nevada Bar No. 6815
2  **ROBERT Z. DEMARCO, ESQ.**
   Nevada Bar No. 12359
3  **CHESNOFF & SCHONFELD**
4  520 South Fourth Street
   Las Vegas, Nevada 89101
5  Telephone: (702)384-5563
6  rschonfeld@cslawoffice.net
   Attorneys for Defendant, TYLER YOST
7

8                       UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
9                                  * * * * * *

10  UNITED STATES OF AMERICA      )
                                  )
11              Plaintiff,        )
                                  )    CASE NO. 2:21-CR00137-001 JAD-VCF
12  v.                            )
                                  )
13  TYLER YOST,                   )
                                  )
14              Defendant,        )
15  _____  )

16  **STIPULATION AND [proposed] ORDER TO MODIFY DEFENDANT'S**
    **CONDITIONS OF RELEASE TO PERMIT VISITATION WITH FAMILY DURING**
17                        **CHRISTMAS HOLIDAY**

18  **IT IS HEREBY STIPULATED and AGREED** by and between Supriya Prasad, Assistant

19  United States Attorney, and Richard A. Schonfeld, and Robert Z. DeMarco, attorneys for Defendant,

20  TYLER YOST, that Defendant Yost's conditions of release may be modified as follows:

21  1.      That Defendant may visit with family on Christmas Eve, December 24, 2021 from 3:00 p.m.

22  to 9:00 p.m., including going to church, followed by a family dinner at a restaurant.

23  2.      That Defendant may visit his family at his parent's home in Las Vegas, Nevada. on

24  Christmas Day, December 25, 2021, from 10:00 a.m. to 3:00 p.m.

1

The parties have confirmed with Pretrial Services Officer Jennifer Simone that Defendant has not violated any terms of his pretrial supervision. Officer Jennifer Simone further indicated that she has no objection to this request. All other conditions of release will remain in place, including that Defendant is prohibited from contact with anyone under the age of 18, unless in the presence of a parent or guardian who is aware of the alleged instant offense.

DATED this 17th day of December, 2021.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Supriya Prasad | /s/ Richard A. Schonfeld |
| **SUPRIYA PRASAD, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. So., Suite 1100 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | **ROBERT Z. DEMARCO, ESQ.** |
| | Nevada Bar No. 12359 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant, TYLER YOST |

**IT IS SO ORDERED.**

_____
U.S. District Judge
Dated 12/28/21
nunc pro tunc to 12/23/21